IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. RDB 02-0170 |
| ANTHONY SINGLETON : | |

ORDER

I have received a report from the United States Probation Office that the above defendant IS NOT eligible for a reduction of sentence due to the retroactive application of the crack cocaine amendments. Any exceptions thereto should be filed with the Court by May 14, 2008.

SO ORDERED, this 14th day of April, 2008.

_____
Richard D. Bennett
United States District Judge