**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**
NORTHERN DIVISION
TOWER II, SUITE 1100
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA
FEDERAL PUBLIC DEFENDER

DENISE C. BARRETT
ASSISTANT FEDERAL PUBLIC DEFENDER

**Hand-delivery Via Inter-office Mail**

May 13, 2008

Crack Reduction        Motion for Reduction of Sentence
                       Exceptions to Report of U.S. Probation

The Honorable Richard D. Bennett
United States District Judge
United States District Court
101 West Lombard Street
Chambers 5D
Baltimore, Maryland 21201

    Re:   *United States v. Anthony Singleton*
           No. RDB-02-0170

Dear Judge Bennett:

    Please accept and docket this letter as a Motion for Reduction of Sentence and Exceptions to April 3, 2008 Report of U.S. Probation. In its April 3, 2008 report, U.S. Probation deemed Mr. Singleton ineligible to seek a reduction in his sentence because his guideline calculations remained the same and he received a sentence below the advisory guidelines under *United States v. Booker*, 543 U.S. 220 (2005). In light of the emergency amendments, effective May 1, 2008 and applicable to poly-drug offenses, the guidelines applicable to Mr. Singleton's case have been lowered. Hence, he is eligible to seek a sentence reduction. The fact that the Court earlier granted a 16 month variance pursuant to *Booker* does not foreclose a sentence reduction.

    Mr. Singleton was convicted of possession with the intent to distribute more than 5 grams of cocaine base (Count one); possession of a firearm in furtherance of a drug trafficking offense (Count two); and felon in possession of a firearm (Count three). At the original sentencing in 2004, the Court imposed a sentence of 188 months on Counts one and three and 60 months consecutive on Count two. This sentence was based upon a total offense level 32, Criminal History Category V (188 to 235 months). The offense level 32 was based upon 45.1 grams of crack and $1,400.00 found in a safe that the Court converted to 39.2 grams of crack.

The Honorable Richard D. Bennett
May 13, 2008
Page 3

      The modest 21 month reduction that Mr. Singleton seeks here is warranted, considering the factors set forth in 18 U.S.C. § 3553(a). First, a 21 month reduction would help correct the disparity in sentencing between crack and cocaine powder while keeping intact the Court's 2006 decision to acknowledge Mr. Singleton's progress while incarcerated. At the 2006 sentencing, the Court imposed a 16 month variance sentence to reflect Mr. Singleton's progress in prison. The Court, however, could not provide meaningful sentencing relief for the disparity between crack and cocaine powder. It was not until the recent amendments to the guidelines, and the Supreme Court's decision in *Kimbrough v. United States*, 128 S.Ct. 558, 570 (2007), that the disparity became a permissible basis for a lower sentence. And even now, the amendments represent but a "partial remedy" to the disparity. *Id.* at 569; *see also id.* at 568 (crack amendments represent only a "modest" change that still yields higher sentences for crack offenses than for powder offenses). Consequently, the Court is free to "conclude . . . that the crack/powder disparity yields a sentence 'greater than necessary' to achieve § 3553(a)'s purposes, even in a mine-run case." *Id.* at 563. Because the amended guidelines still result in a sentence that is based on an unwarranted disparity and fails to serve the purposes of sentencing, this Court would be well within its discretion to find that its earlier *Booker* variance did not account for the disparity and that a lower sentence is "sufficient, but not greater than necessary" under 18 U.S.C. § 3553(a).

      Second, Mr. Singleton has continued to improve himself while incarcerated. He has remained incident free and remains at the camp in Allenwood. Although he has not been able to work as much as he would like because of a knee injury,[4] he works when he is able and receives outstanding work evaluations with his UNICOR job. Exhibit A.

      Third, Mr. Singleton enjoys strong support from family and friends. Exhibit B. Several individuals have taken the time to write letters on Mr. Singleton's behalf. Perhaps the most telling letter is from Shanieka Singleton - Mr. Singleton's 19 year old daughter. Shanieka sees her father as her "best friend." Shanieka recalls the days when her father was free and able to take her and her sisters to the park, attend school performances, and provide for them. Her letter clearly attests to Mr. Singleton's presence in their lives and his strengths as a parent. Shanieka, along with her sisters, misses him and longs for the day when he returns home to remain a constant presence in their lives. For Mr. Singleton, the desire to remain available for his family will provide a powerful motivator to lead a law-abiding life upon release.

      Even with the reduction to 114 months sought there, Mr. Singleton will not be eligible for

---

(construing language in § 3553(e), which is similar to language in the sentence reduction statute at 18 U.S.C. § 3582(c), as making guidelines advisory).

[4] I have not yet received medical records regarding Mr. Singleton's physical condition, but can forward to those to the Court if received before the Court is ready to issue a ruling.

The Honorable Richard D. Bennett
May 13, 2008
Page 2

On appeal, the United States Court of Appeals for the Fourth Circuit remanded the case for re-sentencing in light of the Supreme Court's decision in *Booker*. At the re-sentencing, the Court revisited the conversion of the $1,400.00 to crack, deciding to convert it to 39.2 grams of cocaine powder instead of cocaine base. Hence, the total offense level was 30, with a Criminal History Category V (151 to 188 months). The Court then granted a 16 month variance, which was grounded in Mr. Singleton's post-offense conduct. The Court also corrected the statutory maximum sentence on Count two. Hence the Court imposed a 135 month sentence on Count one, 60 months consecutive on Count two, and 120 months[1] on Count three for a total term of 195 months.

Mr. Singleton respectfully requests that the Court reduce the 135 month sentence on Counts one and three to 114 months. Under the guidelines effective May 1, 2008, Mr. Singleton's total offense level is 28, with a Criminal History Category of V (130 to 162 months).[2] A 16 month *Booker* "variance" from the low end of the amended range, like that given at the 2006 re-sentencing, would bring his sentence down to 114 months.

The Court retains discretion under U.S.S.G. § 1B1.10 to grant relief under these circumstances. While § 1B1.10 has a general provision that the Court not reduce the term of imprisonment "to a term that is less than the minimum of the amended guideline range," there is an exception for when the original term was "less than the term of imprisonment provided by" the guideline range. Section 1B1.10 acknowledges that a "reduction comparably less than the amended guideline range . . . may be appropriate." Section 1B1.10, also suggests however, that if the original sentence was a "non-guideline sentence determined pursuant to 18 U.S.C § 3553(a) and *Booker*, a further reduction *generally* would not be appropriate." Section 1B1.10 does not provide any further direction to the Court on when a reduction would be appropriate. Hence, even under § 1B1.10, the final decision on whether to reduce a sentence rests within the sound discretion of this Court.[3]

---

[1] Counts one and three were grouped together and yield the same offense level. The statutory maximum for Count three was 120 months. Hence, it became the guideline range. With a reduction in the guidelines, the sentence may fall below the statutory maximum sentence.

[2] Under the May 1, 2008 guidelines, 45.1 grams of crack (45.1g x 20kg marijuana = 902 kg marijuana) and 39.2 grams of cocaine powder (39.2g x 200g = 7840g [7.84 kg marijuana]) convert to 909.8 kg of marijuana. 909.8 kg of marijuana is an offense level 30, but under application note 10(D), effective May 1, 2008, the offense level is reduced by 2 to level 28.

[3] While the Court need not reach the issue here, we also believe that § 1B1.10 is merely advisory under *Booker*. The Court should consider § 1B1.10, but is not bound by it in deciding whether to grant a reduction and the amount of any reduction. *See United States v. Mankins*,

The Honorable Richard D. Bennett
May 13, 2008
Page 4

release until around August 2014. By then, he will be 52 years old - an age undeniably associated with reduced levels of recidivism.

In conclusion, whether to grant further relief under the circumstances of this case is a matter wholly within the Court's discretion. The factors set forth in § 3533(a), however, including the nature of the offense, the disparity between crack and cocaine powder, Mr. Singleton's positive efforts at rehabilitation, and his continued presence in the lives of his children furnish ample reason for the Court to exercise its discretion and reduce Mr. Singleton's sentence on Count one from 135 months to 114 months and on Count three from 120 months to 114 months. Both terms to run concurrently. With the 60 month consecutive sentence, the total term of imprisonment would reduce from 195 months to 174 months, which remains a hefty sentence of imprisonment.

Very truly yours

*Denise C. Barrett (by mgb)*

Denise C. Barrett
Assistant Federal Public Defender

DCB/kdw

Enclosures

cc:   Barbara Sale, AUSA
      Estelle Santana, USPO
      Anthony Singleton
      Court file

```
  ALFP8              *        PROGRESS REPORT           *    04-29-2008
  PAGE                                                        10:02:09

 RSP OF: ALF ALLENWOOD LOW FCI      US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
         P.O. BOX 1500
         WHITE DEER, PA 17887
         570 547-1990
 NAME: SINGLETON, ANTHONY           REGNO: 40290-037 AGE(DOB): 46/10-14-1961
```

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| X | 4-29-08 | |

```
 TYPE OF PROGRESS REPORT:
 INITIAL ___ SIH _/_ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: court___

 PRESENT SECURITY/CUSTODY LEVEL:         |
   LOW      /IN                          |
                                         |
_____|_____

 OFFENSE/VIOLATOR OFFENSE:
 SENTENCE IMPOSED AND TERM OF SUPERVISION:

  21:841(A) - POSSESS WITH INTENT TO DISTRIBUTE NARCOTICS
  18:922(G)(1) - POSSESSION OF FIREARM BY CONVICTED FELON
     135 MONTHS                          /     5 YEARS

  18:924(C) - POSSESSING A FIREARM IN FURTHERANCE OF A DRUG
  TRAFFICKING CRIME
     60 MONTHS                           /     5 YEARS

 DATE COMPUTATION BEGAN: 01-29-2004
```

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: + JAIL CREDIT - INOP TIME |
|---|---|---|
| 0   /0   /13 | 311 | M:    51 D: 1 |
| | | + 655    JC - 0    INOP |

```
 PROJECTED RELEASE DATE: 06-20-2016 |PROJECTED RELEASE METHOD: GCT REL

 DETAINERS/PENDING CHARGES:
 NONE ON FILE

 CO-DEFENDANTS: (See PSI)


 DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
               CENTRAL FILE - SECTION TWO                          BP-CLASS-3



 ------------------------- INSTITUTIONAL ADJUSTMENT -------------------------
   NAME:  SINGLETON, ANTHONY           REGNO: 40290-037
```

A.  PROGRAM PLAN: At the time of inmate Singleton's initial classification it was recommended that he participate in Adult Continuing Education, Recreation, Release Preparation, and the inmate Financial Responsibility Program.

B. WORK ASSIGNMENTS: Inmate Singleton is working in Unicor where he receives outstanding work reports from his work detail foreman.
 REPORTS)

```
INST    WORK ASSIGNMENT                           START DATE      STOP DATE

ALF     MED CONVAL  MEDICAL CONVALESCENCE         04-28-2008      CURRENT
ALF     MILL 1      MILL 1                        04-28-2008      04-28-2008
ALF     MED IDLE    IDLE STATUS                   04-25-2008      04-28-2008
ALF     MILL 1      MILL 1                        04-20-2008      04-25-2008
ALF     MED IDLE    IDLE STATUS                   04-18-2008      04-20-2008
ALF     MILL 1      MILL 1                        04-08-2008      04-18-2008
ALF     MED IDLE    IDLE STATUS                   03-28-2008      04-08-2008
ALF     MILL 1      MILL 1                        03-22-2008      03-28-2008
ALF     MED IDLE    IDLE STATUS                   03-18-2008      03-22-2008
ALF     MILL 1      MILL 1                        03-18-2008      03-18-2008
ALF     MED IDLE    IDLE STATUS                   03-14-2008      03-18-2008
ALF     MILL 1      MILL 1                        02-25-2008      03-14-2008
ALF     MED IDLE    IDLE STATUS                   02-21-2008      02-25-2008
ALF     MILL 1      MILL 1                        02-18-2008      02-21-2008
ALF     MED IDLE    IDLE STATUS                   02-15-2008      02-18-2008
ALF     MILL 1      MILL 1                        02-09-2008      02-15-2008
ALF     MED IDLE    IDLE STATUS                   02-07-2008      02-09-2008
ALF     MILL 1      MILL 1                        02-01-2008      02-07-2008
ALF     MED IDLE    IDLE STATUS                   01-30-2008      02-01-2008
ALF     MILL 1      MILL 1                        01-17-2008      01-30-2008
ALF     MED CONVAL  MEDICAL CONVALESCENCE         01-09-2008      01-17-2008
ALF     MILL 1      MILL 1                        01-09-2008      01-09-2008
ALF     MED CONVAL  MEDICAL CONVALESCENCE         01-03-2008      01-09-2008
ALF     MILL 1      MILL 1                        12-15-2007      01-03-2008
ALF     MED IDLE    IDLE STATUS                   12-12-2007      12-15-2007
ALF     MILL 1      MILL 1                        11-16-2007      12-12-2007
ALF     MED IDLE    IDLE STATUS                   11-14-2007      11-16-2007
ALF     MILL 1      MILL 1                        11-10-2007      11-14-2007
ALF     MED IDLE    IDLE STATUS                   11-07-2007      11-10-2007
ALF     MILL 1      MILL 1                        10-31-2007      11-07-2007
ALF     MED CONVAL  MEDICAL CONVALESCENCE         10-29-2007      10-31-2007
ALF     MILL 1      MILL 1                        10-25-2007      10-29-2007
ALF     MED IDLE    IDLE STATUS                   10-22-2007      10-25-2007
ALF     MILL 1      MILL 1                        10-18-2007      10-22-2007
ALF     MED CONVAL  MEDICAL CONVALESCENCE         10-03-2007      10-18-2007
ALF     MILL 1      MILL 1                        10-02-2007      10-03-2007
ALF     SHU/AD      SPECIAL HOUSING/ADMINISTRATIVE 10-02-2007     10-02-2007
ALF     SHU/AD      SPECIAL HOUSING/ADMINISTRATIVE 10-01-2007     10-02-2007
ALF     MILL 1      MILL 1                        09-28-2007      10-01-2007
ALF     MED IDLE    IDLE STATUS                   09-27-2007      09-28-2007
ALF     MILL 1      MILL 1                        09-09-2007      09-27-2007
ALF     MED IDLE    IDLE STATUS                   09-05-2007      09-09-2007

ALF     MILL 1      MILL 1                        07-16-2007      09-05-2007
ALF     F MGR       UNICOR - OFFICE/MAINT         07-10-2007      07-16-2007
ALF     MED IDLE    IDLE STATUS                   07-06-2007      07-10-2007
ALF     F MGR       UNICOR - OFFICE/MAINT         06-12-2007      07-06-2007
ALF     VACATION    VACATION                      05-30-2007      06-12-2007
ALF     F MGR       UNICOR - OFFICE/MAINT         05-16-2007      05-30-2007
ALF     MED IDLE    IDLE STATUS                   05-15-2007      05-16-2007
ALF     F MGR       UNICOR - OFFICE/MAINT         05-05-2007      05-15-2007
ALF     MED IDLE    IDLE STATUS                   05-04-2007      05-05-2007
ALF     F MGR       UNICOR - OFFICE/MAINT         05-02-2007      05-04-2007
ALF     F MGR       UNICOR - OFFICE/MAINT         04-09-2007      05-02-2007
ALF     MILL 1      MILL 1                        03-10-2007      04-09-2007
ALF     MED IDLE    IDLE STATUS                   03-08-2007      03-10-2007
ALF     MILL 1      MILL 1                        03-03-2007      03-08-2007
ALF     MED IDLE    IDLE STATUS                   03-01-2007      03-03-2007
ALF     MILL 1      MILL 1                        02-10-2007      03-01-2007
ALF     MED CONVAL  MEDICAL CONVALESCENCE         02-06-2007      02-10-2007
ALF     MILL 1      MILL 1                        12-23-2006      02-06-2007
```

```
ALF    MED CONVAL  MEDICAL CONVALESCENCE        12-12-2006    12-23-2006
ALF    MILL 1      MILL 1                       11-23-2006    12-12-2006
ALF    MED IDLE    IDLE STATUS                  11-20-2006    11-23-2006
ALF    MILL 1      MILL 1                       09-16-2006    11-20-2006
ALF    MED IDLE    IDLE STATUS                  09-12-2006    09-16-2006
ALF    MILL 1      MILL 1                       08-26-2006    09-12-2006
ALF    MED IDLE    IDLE STATUS                  08-24-2006    08-26-2006
ALF    MILL 1      MILL 1                       08-22-2006    08-24-2006
ALF    MILL 1      MILL 1                       06-06-2006    08-09-2006
ALF    VACATION    VACATION                     05-15-2006    06-06-2006
ALF    MILL 1      MILL 1                       02-24-2006    05-15-2006
ALF    U SHU R     RELEASED INMATE SHU          02-23-2006    02-24-2006
ALF    SHU/AD      SPECIAL HOUSING/ADMINISTRATIVE 02-08-2006  02-23-2006
ALF    MILL 1      MILL 1                       08-11-2005    02-08-2006
ALF    MED IDLE    IDLE STATUS                  08-08-2005    08-11-2005
ALF    MILL 1      MILL 1                       08-06-2005    08-08-2005
ALF    MED IDLE    IDLE STATUS                  08-04-2005    08-06-2005
ALF    MILL 1      MILL 1                       07-30-2005    08-04-2005
ALF    MED IDLE    IDLE STATUS                  07-28-2005    07-30-2005
ALF    MILL 1      MILL 1                       06-24-2005    07-28-2005
ALF    MED IDLE    IDLE STATUS                  06-20-2005    06-24-2005
ALF    MILL 1      MILL 1                       05-25-2005    06-20-2005
ALF    MED IDLE    IDLE STATUS                  05-24-2005    05-25-2005
ALF    MILL 1      MILL 1                       05-15-2005    05-24-2005
ALF    MED IDLE    IDLE STATUS                  05-13-2005    05-15-2005
ALF    MILL 1      MILL 1                       05-07-2005    05-13-2005
ALF    MED IDLE    IDLE STATUS                  05-06-2005    05-07-2005
```

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: Inmate Singleton has completed the following education programs.

```
-------------------------------  EDUCATION INFORMATION  -----------------------------
FACL ASSIGNMENT DESCRIPTION                       START DATE/TIME STOP DATE/TIME
ALF  ESL HAS     ENGLISH PROFICIENT               03-05-2004 1007 CURRENT

NAME: SINGLETON, ANTHONY              REGNO: 40290-037
ALF  GED HAS     COMPLETED GED OR HS DIPLOMA      03-28-2006 1330 CURRENT

-------------------------------  EDUCATION COURSES  --------------------------------
SUB-FACL  DESCRIPTION                      START DATE STOP DATE  EVNT AC LV   HRS
ALF       BUSINESS COMMUNICATION           04-13-2006 06-15-2006  P   C  P    20
ALF       SMALL BUSINESS START-UP III      04-10-2006 06-13-2006  P   C  P    20
ALF       TRUCKING BUSINESS START-UP IV    04-10-2006 06-12-2006  P   C  P    20
ALF       TOTAL FITNESS                    04-03-2006 06-02-2006  P   C  P     2
ALF       BLUEPRINT/MEASUREMENT READING    07-01-2005 07-12-2005  P   C  P    40

-----------------------------------  HIGH TEST SCORES  -----------------------------
TEST         SUBTEST       SCORE    TEST DATE    TEST FACL   FORM    STATE
GED          AVERAGE       456.0    02-24-2006   ALF         PASS    PA
             LIT/ARTS      490.0    04-27-2004   ALF         II      PA
             MATH          430.0    02-24-2006   ALF         IJ      PA
             SCIENCE       440.0    04-27-2004   ALF         II      PA
             SOC STUDY     470.0    04-27-2004   ALF         II      PA
             WRITING       450.0    10-25-2005   ALF         IA      PA
```

D. COUNSELING PROGRAMS: Inmate Singleton meets with his correctional counselor on an as needed basis.

E.  INCIDENT REPORTS: Inmate Singleton has incurred the following disciplinary infractions.
--------------------------------------------------------------------------------
DHO HEARING DATE/TIME: 02-23-2006 0920     INCIDENT DATE/TIME: 02-08-2006 0800
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         DIS GCT     / 13 DAYS / CS
         COMP:010 LAW:P
         LP COMM     / 4 MONTHS / CS
         COMP:    LAW:    CONCLUDES 06-22-2006.

F.  INSTITUTIONAL MOVEMENT:

INSTITUTION    ASSIGNMENT    REASON FOR MOVEMENT           EFFECTIVE DATE
ALF            A-DES         OTHER AUTH ABSENCE RETURN     10-02-2007
ALF            A-DES         OTHER AUTH ABSENCE RETURN     05-02-2007
ALF            A-DES         WRIT RETURN                   08-22-2006

G.  PHYSICAL AND MENTAL HEALTH: Inmate Singleton has undergone a knee operation while incarcerated.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: (IDENTIFY FINANCIAL OBLIGATIONS, THE DISTRICT, THE AMOUNT, PAYMENT PLANS, AND PAYMENTS MADE (INCLUDE COIF).)

    FRP ASSIGNMENT                                START DATE
    COMPLT             FINANC RESP-COMPLETED      09-21-2005

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: Inmate Singleton will complete the release preparation program prior to release from custody.

    CMA ASSIGNMENT (REL PREP)                     START DATE

    RPP NEEDS          RELEASE PREP PGM NEEDS     03-17-2004

    RESIDENCE: To be secured in Brooklyn, NY closer to release.
    EMPLOYMENT: To be secured.

    USPO: District of Maryland

J.  RELEASE NOTIFICATIONS:

    OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
         CURRENT CONVICTION FOR A CRIME OF VIOLENCE
         CURRENT CONVICTION FOR A DRUG TRAFFICKING OFFENSE

         18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

    IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

         ( ) YES   (X) NO
         18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: NEED

    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

    DICTATED BY: _____   CASE MANAGER (DATE) _____
           U A       D. THOMAS    (EXT 4442)
    DATE TYPED: _____

    REVIEWED BY: _____   UNIT MANAGER (DATE) _____
           UNION     E. NETZBAND EXT 4400

UNIT: U A    CREW: M 1

## UNICOR WORK PERFORMANCE EVALUATION RECORD

NAME: S I N G L E T O N ,   A n t h o n y     REGISTER NUMBER: 4 0 2 9 0 - 0 3 7
LAST, FIRST, MIDDLE INITIAL

UNICOR

|4|2|7|         |A|W|F|T|         |6|6|9|.|3|8|0|-|0|1|4|
INSTITUTION CODE    INSTITUTION CODE    WORK ASSIGNMENT DOT CODE

|0|4|0|1|0|7|              |0|9|3|0|0|7|
EVALUATION BEGIN DATE         EVALUATION END DATE

Rating Scale: 1=Much Worst than Average    2=Worse than Average    3=Average
4=Better than Average    5=Much Better than Average

( A.S. ) Inmate's Initials

Safety / Quality Assurance / Personal Conduct/Hygiene / Punctuality/Productivity / Complicance with Work Standards

Comments: GOOD RELIABLE WORKER

( TE ) Supervisor's Initials

|5|4|5|4|5| | | | | |  Total 23

---

|4|2|7|         |A|W|F|T|         |6|6|9|.|3|8|0|-|0|1|4|
INSTITUTION CODE    INSTITUTION CODE    WORK ASSIGNMENT DOT CODE

|1|0|0|1|0|7|              |0|3|3|1|0|8|
EVALUATION BEGIN DATE         EVALUATION END DATE

Rating Scale: 1=Much Worst than Average    2=Worse than Average    3=Average
4=Better than Average    5=Much Better than Average

( A.S. ) Inmate's Initials

Safety / Quality Assurance / Personal Conduct/Hygiene / Punctuality/Productivity / Complicance with Work Standards

Comments: SHOWS LEADERSHIP CAPABILITYS

( TE ) Supervisor's Initials

|4|5|4|5|5| | | | | |  Total 23

ORIGINAL - Stays with UNICOR
Copies - One copy to Case Manager after each Evaluation Period

FPI - 44
Rev. 11/95

4/28/08

Ms. Denise D. Barrett,

My name is Shanieka Singleton. I am the oldest daughter of Anthony Singleton. My Dad and I are very close. He is a very loving father to my sister and I. He used to do alot of fun things with us. We feel like something is missing in our lives not having him here. It is very hard growing up without a father around to guide us. My dad is missing out on us growing up. I am now in college and I was very hurt that he couldn't be here for my graduation. I really wish he could be here for the important things in our lives. We really miss him. When my dad was home he used to spend alot of time with us. He took us places, helped with our homework, came to all of our events at school. He was always a positive influence in my life. He was not only there for me and my sister, He also did alot for the other children and people of the community. He was like a mentor to the young men and teenagers. He was always there to listen and try to put them right on track. He used to take the children out of the neighborhood to the park and give cookouts. He was a barber, He use to give free haircuts to the kids who had no money. He use to

paint and fix things in their homes. He would shovel snow in the winter for the old people who couldn't do it for themselves. My dad has a good heart and is very well liked and respected by everyone who he came in contact with. We need him home. I really miss my dad.

Thank you

Shanieka Singleton

May 1, 2008

TO: Mrs. Denise Barrett

My name is Shanieka Singleton, 19 y/o. I am writing this letter on behalf of my dad Anthony Singleton. I have already written you a letter regarding my dad but im worried that my dad will be in prison much longer, and I want to do the best I can to have him home to not miss out on anymore of me and my little sisters (8 and 13) lives. I am writing to provide the judge with some information about my dad hoping that he will consider making his decison with regards to sentencing. My dad and I have a great relationship. My dad is like my best friend. He has always done right for me and my younger sisters. When my dad was home he always attended my school performaces. He encouraged me to be in those performaces. We would go to the movies, the mall he would give cookouts at hemstead lake park.

My dad would help my grandma with her 2 sons. My dad always helped people. My father was a barbar in New York. If people didn't have enough money he would cut their hair for free. My dad also did carpentry work for people. In the past he has done carpentry work for my aunt and my grandma. My greataut who past away last year always use to ask about my dad. My grandma was so upset that he couldn't be at her funeral. My dad worked really hard to take care of us after he was released from prison in 1994. My dad successfully completed his term of parole. My father took care of us very good finacially he was always there for us. Going on visits to see my dad are most hard for me I'm always happy to see him, But when its time to leave him its like I don't know when I'm gonna see him again Its just very hard for me
PS I really need ____ Thank you
my dad home.
                              Shanaha Sinkler

263 Schenck ave
Brooklyn, N.Y 11207
April 24, 2008

Attention: Ms. Denise Barrett:
Office of public offender

I'm writing this letter on behalf of Anthony Singleton. Anthony Singleton is a loving father, he is very respectful and did a lot of work in the community. He use to take the children on the block to ball games, bowling and he use to talk to them to steer them in the right direction, and also teaching them right from wrong.

Anthony Singleton is my son in law, and he took very good care of his children, and was helping me raise my two sons. He was always helping the neighbors, like fixing things for them and anything that he could help them with. If they had a problem he would always try to help them even though they didn't ask him for his help.

He was especially good with the senior citizens, if he saw them with packages he would always help them carry them, he also use to cut their grass for them for free, and they really loved him.

Anthony Singleton was a barber by profession, and he would cut the kids hair for free if they didn't have any to pay for the haircuts.

Anthony Singleton is really missed by everyone, but his memory is still here. The place is not the same without him, He did make a difference, and still can if he was here. Thank you,
Dolores Shore

May 7, 2008.

Dear Honorable Judge:

I, Sean Hill am writing to you on behalf of Mr. Anthony Singleton who is to appear before you for re-sentencing. I am related to Mr. Singleton by marriage but we are more like brothers. He is married to my first cousin and I am the godfather to their two daughters. I am Thirty-Eight years old and employed by the New York City Transit Authority. I have known Mr. Singleton since 1986 and in those twenty years of knowing him he has proven to be a good friend, father and hard worker. He is very talented with his hands we have worked together doing jobs on our families homes and or businesses from small repairs to total renovations. He is also a master Barber.

There is no doubt in my mind that upon his release, he will fall back in stride within society and lead a lawful, productive life and get back to providing for his family as he did always. Various members of our family really need him home at this present time. His grandmother who raised him is very ill at this time and his three daughters very much need his guidance and support. So, I am asking you Judge to please take this letter as well as any that you receive on Mr. Singleton's behalf into consideration for when he appears before you for his sentencing.

Thank you for your time.

*[signature: Sean Hill]*

2008

To whom it may concern;
Re: Anthony Singleton

My name is Ruthe Crosley and I have known Mr. Singleton for over 20 years. He has been like a son to me, and a family member to my family. I have watched Anthony mature into a respectful, responsible young man, always willing to help others however he could. He always presented himself as a caring person and a reliable father and care-giver. I had no problem allowing him to be a part of my younger son's life - always guiding my son with sound and

helpful advise.

Anthony was a respected fixture in our Queens community where he ran and worked @ the local barber shop. He always had a positive word for the young boys in the area, appealing to them to stay out of trouble.

I am writing just to let you know that Anthony does have people who are concerned, and care about his well being, in his life. I am fully aware of his current status, and write to ask that some consideration can be taken in the case that Anthony's situation is to be revisited.

Although mistakes, and/or bad decisions have been made, Anthony is a father, a son and brother, and he is really a person of good character. I write this letter on his behalf, in hopes that some consideration may be given in regards to decisions made about the remainder of this young man's future.

Thank You for your time

Ms. Ruth Crosby.

May, 2008

Bridget Jenkins
138-15 231 st.
Laurelton, N.Y. 11413

Re: Anthony Singleton

To all Concerned:

I, Bridget Jenkins, write this letter on behalf of Mr. Anthony Singleton. I have known Anthony for about 20+ years. He has always been a respectful, considerate and hard working individual. I take time out to write a few words just to provide you with some personal information about Anthony that hopefully can be taken into consideration when making a decision in regards to his resentencing.

I've always known Anthony to be a barber and in our neighborhood many of the younger males looked up to and respected him. He always used his past experience as a tool to inform the youth of how not to take the wrong path in life. He never hesitated to show how he had come from negative experiences and turned his life around.

Unfortunately, he found himself back in a bad place. However, that doesn't change the fact that Anthony has always been a good person, a hardworker and most of all, a very intregal part of his family's life. His children need his guidance as that strong father in their lives as they are growing up. And his ailing grandmother, whom he was responsible for caring for, has been put in a bad position due to his absence. He helped her not only financially, but he was her caregiver and frankly, her spirit-lifter.

Anthony has been missed by many, and although the legal circumstances of his doings are fully understood, his family, friends and all that know and love him just ask that consideration be given upon resentencing and that Anthony be viewed as the father, son, friend and family member that he is. Your time taken to review this letter is greatly appreciated and I thank you.

Sincerely

[signature]