BSS/3582.NoOpp.Response.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *  Criminal No. RDB-02-0170 |
| ANTHONY SINGLETON | * |

...ooOoo...

**GOVERNMENT'S RESPONSE TO MOTION FOR REDUCTION
OF SENTENCE UNDER 18 U.S.C. § 3582(c)**

The United States of America, by its undersigned counsel, having reviewed the Presentence Report, the Judgment & Commitment Order, the revised guidelines computation, the Bureau of Prisons SENTRY report, and counsel's memoranda for the defendant named above, does not oppose retroactive application of the revised "crack" guideline pursuant to 18 U.S.C. § 3582(c) on Count One, but such a reduction has no effect on the overall sentence. In Mr. Singleton's case, this Court sentenced him to 135 months[1] on Count One, 60 months consecutive on Count Two, and 120 months on Count Three, concurrent to the sentence on the first two counts. There is no vehicle that would permit reduction of the concurrent firearms sentences, so even if the court reduces the "crack" sentence on Count One, it would make no difference. Accordingly, Mr. Singleton is **not eligible** for relief.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: /s/ Barbara S. Sale
Barbara S. Sale
Assistant United States Attorney
36 South Charles Street
Baltimore, Maryland 21201
(410) 209-4902

---

[1] The Court originally sentenced him to 188 months. The 135-month figure reflects a later lowering of the sentence on remand pursuant to *Booker*.

## Certificate of Service

**I HEREBY CERTIFY** that this ____2nd_____ day of ___June_____·__2008, a copy of the Foregoing Government's Response to Motion for Reduction Of Sentence under 18 U.S.C. § 3582(c) was @ mailed, postage prepaid / hand delivered via interoffice mail to:

Denise C. Barrett, AFPD
The Office of the Federal Public Defender
for the District of Maryland
Tower II, Suite 1100
100 S. Charles St.
Baltimore, MD 21201

and

Estelle Santana
Deputy Chief United States Probation Officer
United States Probation and Pretrial Services
250 W. Pratt Street
Suite 400
Baltimore, MD 21201

Debra C. Lesser
Paralegal Specialist