AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | ) |
| v. | ) |
|  | ) Case No:   RDB 02-0170 |
| Anthony Singleton | ) USM No:   40290-037 |
| Date of Previous Judgment:   Aug. 16, 2006 | ) John Hanjin Chun, AFPD; Daniel Stiller, AFPD |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐  DENIED.   X   GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   195   months is reduced to
  174 months [Count I - 135 - 114 months; Count III - 120 - 114 months, concurrent, plus a 60 month consecutive sentence as to Count II]

### I. COURT DETERMINATION OF GUIDELINE RANGE   (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 30 | Amended Offense Level: | 28 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 130 to 162 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   Aug. 22, 2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   June 10, 2008

_____
Signature

Effective _____
(if different from order date)

Richard D. Bennett, United States District Judge
Printed name and title