**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>**Richard D. Bennett**<br>**United States District Judge**<br>**Northern Division** | **U.S. Courthouse - Chambers 5D**<br>**101 W. Lombard Street**<br>**Baltimore, MD 21201**<br>**Tel: 410-962-3190**<br>**Fax: 410-962-3177** |

August 6, 2008

AUSA Barbara Sale

    Re:   United States v. Anthony Singleton
            Criminal No. RDB 02-0170

Dear Ms. Sale:

    Pursuant to this Court's Order of June 10, 2008, a motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) was granted and the Defendant's total sentence of 195 months was reduced to 174 months. The Defendant has now filed a *pro se* motion for resentencing (Paper #94) requesting recalculation of his criminal history, citing an application note to U.S.S.G. § 4A1.1(f). I would request the Government's response to this motion be filed within the next 30 days. The Federal Public Defender's Office will then have 30 days thereafter in which to file a response.

                                    Sincerely,

                                    Richard D. Bennett
                                  United States District Judge

RDB/skp

cc   Denise Barrett, Esq.
      Mr. Anthony Singleton
      USPO Reggie Morrison